# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WISCONSIN

MARCO SINGLETON,

        Plaintiff,

        v.                              Case No.  13-C-0882

B & H TRANSPORTATION INC.,
DMITRY LENIKMAN,

        Defendants.

## ORDER COMPELLING DEFENDANT B & H TRANSPORTATION TO RESPOND

IT IS ORDERED that defendant B & H Transportation is compelled to fully respond to Plaintiff's Second Set of Interrogatories and Requests for Production of Documents by September 19, 2014.  Should defendant B & H Transportation fail to comply with this order, the court may sanction B & H Transportation by striking its answer and entering a default judgment against B & H Transportation.

Dated at Milwaukee, Wisconsin, this 11th day of September, 2014.

                                   BY THE COURT

                                   /s/ C.N. Clevert, Jr.
                                   C.N. CLEVERT, JR.
                                   U.S. DISTRICT JUDGE