UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

**MARCO SINGLETON, et al.**
                Plaintiff,                Case No. 13-cv-882-CNC
  v.

**B & H TRANSPORTATION,**                **JURY TRIAL DEMANDED**
**INCORPORATED et al.**
                Defendants.

## ORDER

Pursuant to Fed.R.Civ.P. 37(b)(2)(A)(iii), the Court grants Plaintiff's motion to strike B&H Transportation Incorporated's Answer and pursuant to Fed.R.Civ.P. 55, the Court grants Plaintiff's motion for default against B&H Transportation Incorporated. Plaintiff shall have thirty days from the date of this Order to submit a motion and declarations in support of its calculation of damages. The briefing schedule shall follow Civil. L. R. 7. Within 21 days after the Court enters an order on the amount of damages in this matter, Singleton shall have twenty-one days to submit to the Court a petition for attorneys' fees and costs.

Dated at Milwaukee, Wisconsin, this ___ day of September, 2014.

                                            BY THE COURT

                                            _____
                                            C.N. CLEVERT, JR.
                                            U.S. DISTRICT JUDGE