UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MARCO SINGLETON,

    Plaintiff,

    v.                                    Case No. 13-C-0882

DMITRY LENIKMAN,

    Defendants.

ORDER GRANTING PLAINTIFF'S CIVIL L.R. 7(h) EXPEDITED
NON-DISPOSITIVE MOTION TO COMPEL (DOC. 70)

On February 29, 2016, this court conducted a status conference but defendant Dmitry Lenikman failed to appear. Counsel for plaintiff has since filed a Rule 7(h) expedited non-dispositive motion to compel Lenikman to produce materials and documents responsive to plaintiff's second set of interrogatories and request for production of documents which were first served on February 10, 2014. Lenikman has not acknowledged the requests or this motion. Now, therefore,

IT IS ORDERED that plaintiff's Civil L.R. 7(h) expedited non-dispositive motion to compel is granted.

IT IS FURTHER ORDERED that Lenikman comply with plaintiff's discovery request by responding to the interrogatories attached to this order by March 29, 2016.

IT IS FURTHER ORDERED that plaintiff's request for reasonable attorneys' fees and costs associated with this motion is granted.

Dated at Milwaukee, Wisconsin, this 23rd day of March, 2016.

BY THE COURT
/s/ C.N. Clevert, Jr.
C.N. CLEVERT, JR.
U.S. DISTRICT JUDGE